IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEJANDRO HERNANDEZ and
YEIMI CHACON,

       Plaintiffs,                               Case No.: 8:13-cv-1111-VMC-AEP

vs.

POLO MEX, INC. D/B/A LOS MAYAS,
And LORENZO CASTREJON,

       Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTEND BOTH PARTIES' DEADLINES IN FLSA SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF**

**COMES NOW** the Defendants, Polo Mex, Inc., d/b/a Los Mayas ("Defendant Company") and Lorenzo Castrejon ("Defendant Castrejon"), by and through their attorney, Lisa A. Esposito, Law Offices of Lisa Esposito, P.A., and hereby move this Court to grant a short extension of time for Defendants to respond to Plaintiffs' Complaint and to extend both parties' deadlines in the Court's FLSA Scheduling Order and as grounds therefore would state the following:

1. Plaintiffs filed their FLSA Complaint on April 24, 2013 and served Defendant Company on April 29, 2013 and Defendant Castrejon on May 2, 2013. Defendant Company's response to the Complaint is due on May 2, 2013 and Defendant Castrejon's response is due on May 22, 2013.

1

2. The undersigned, Defendants' counsel, was retained on Friday, May 17, 2013.

3. On May 9, 2013, this Honorable Court entered an FLSA Scheduling Order, which was provided to Defendants' Counsel by Plaintiffs' Counsel on May 17, 2013. The initial disclosures by the Parties are due next Friday, May 24, 2013, with additional deadlines to follow soon thereafter.

4. Defendants' counsel is recovering from a severe upper respiratory infection and is attempting to prevent the reoccurrence on a recent bout with pneumonia and needs time to recover, and thereafter investigate Plaintiffs' claims and prepare a response.

5. Defendants seek a twenty five (25) day extension to respond to Plaintiffs' Complaint in order to recover, investigate Plaintiffs' claims and explore settlement viability. Defendants further seek an extension of time for all deadlines in the FLSA Scheduling Order, by thirty (30) days.

6. During this time, the Parties will explore settlement, which may make responsive pleadings and engagement in discovery unnecessary.

7. Defendants' counsel does not seek this extension lightly, but due to her current health, recent engagement, and in order to explore settlement options without incurring additional unnecessary attorney fees, Defendants seek these extensions.

8. Defendants do not anticipate seeking any additional extensions.

9. No prejudice will result from the requested extensions. Said extensions also will assist the Parties in narrowing the issues and may assist in case resolution.

10. Granting an extension of time is just, as it will allow Defendants' counsel time to recover, investigate Plaintiffs' claims and allow the Parties to explore early resolution, without incurring unnecessary fees and wasting precious court resources.

11. In accordance with Rule 3.01(g), Defendants' Counsel has contacted counsel for Plaintiffs, and Plaintiffs' counsel agrees to these extensions of time.

**WHEREFORE** Defendants respectfully request that this Court grant Defendants' Motion for Extension of Time, extending the time for respond to Plaintiffs' Complaint until June 14, 2013 and granting a thirty (30) day extension of all deadlines in this Honorable Court's FLSA Scheduling Order.

### INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF

Rule 6(b)(1), Fed. R. Civ. P. permits a court to enlarge the time to complete an act for good cause. Specifically, Fed. R. Civ. P. 6(b)(1) provides, "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice, if the court acts, or if a response is made, before the original time or its extension expires; or (B) on motion made the time has expired if the party failed to act because of excusable neglect." In this case, Defendants have established good cause to show that an extension of time for responding to Plaintiffs' Complaint and the FLSA Scheduling Order is warranted.

Fed. R. Civ. P. 1 further provides that the Federal Rules of Civil Procedure shall be construed and administered to secure the just, speedy, and inexpensive determination of every action. In the instant case, the requested extensions will permit the just resolution of

this action. Therefore, for the reasons addressed in their Motion, Defendants respectfully request that this Honorable Court grant their Unopposed Motion for Extension of Time

DATED this 17th day of May, 2013.

/s/ Lisa A. Esposito
LISA A. ESPOSITO, ESQUIRE
Florida Bar #0959855
Law Offices of Lisa Esposito, P.A.
3606 West Swann Avenue
Tampa, Florida 33609-4518
Telephone: 813-223-6037
Facsimile: 813-286-4132
Lisa@lesposito.com
Attorney for the Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all the attorneys of record.

/s/ Lisa A. Esposito
LISA A. ESPOSITO, ESQUIRE